## BROWN ET AL. *v.* BARBER.

PROMISSORY NOTE.—*Attorney's Fees.*—An unconditional stipulation in a promissory note for the payment of attorney's fees is valid.

From the Whitley Circuit Court.

*T. R. Marshall*, for appellants.

WORDEN, J.—Action by the appellee, against the appellants, upon the following promissory note, viz.:

"$348$\frac{50}{100}$.                    LARWILL, IND., April 7, 1876.

"One day after date, we promise to pay to the order of E. L. Barber three hundred and forty-eight and $\frac{50}{100}$ dollars, value received, without any relief from valuation or appraisement laws, payable at Larwill, Indiana, with interest annually at 10 per cent. per annum until paid, and all costs and attorney's fees.

(Signed,)                    "PETER W. BROWN,
                    "HENRY BROWN."

Judgment for the plaintiff.

The only question made in the cause is, whether the stipulation in the note in regard to attorney's fees was valid, and, therefore, whether such fees were collectible. The court below held the stipulation valid, and the fees collectible. Such unconditional stipulation was held valid in the case of *Churchman* v. *Martin*, 54 Ind. 380.

As the case above cited had not been decided when this

appeal was taken, we affirm the judgment below, without damages.

The judgment below is affirmed, with costs.